**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DELPHIMA L WILLIAMS |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pa (State) |
| Case number | 16-10316 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): NA

**Last 4 digits** of any number you use to identify the debtor's account: 0 6 1 1

**Date of payment change:** 09/01/17
Must be at least 21 days after date of this notice

**New total payment:** $ 915.58
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 152.39      New escrow payment: $ 618.90

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | DELPHIMA L WILLIAMS | Case number (if known) | 16-10316 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Kathy Weidenhammer_ (Signature)    Date 7.27.17

| Print: | Kathy | Weidenhammer | Title | Bankruptcy Administrator |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

Company: Santander Bank, N.A.

Address: 601 Penn St. MC:10-6438-FB7
Number  Street

Reading    PA    19601
City       State  ZIP Code

Contact phone: (610) 378-6322

Email: DeftBkr@santander.us

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Pennsylvania

In Re: DELPHIMA L WILLIAMS

Chapter 13
Case No. 16-10316
Honorable Eric L Frank

Debtor(s)

_____/

## CERTIFICATE OF SERVICE

I, Kathy Weidenhammer of Santander Bank, N.A., do hereby certify that on July 27, 2017, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 27th day of July, 2017.

*Kathy Weidenhammer*
Kathy Weidenhammer
Santander Bank, N.A.
Bankruptcy Administrator
601 Penn Street
Reading, PA 19601
(610) 378.6322
Email: DeftBkr@santander.us

VIA US MAIL

DELPHIMA L WILLIAMS
1911 MONUMENT ST
PHILADELPHIA, PA 19121-2223

WILLIAM C MILLER
111 S INDEPENDENCE MALL E STE 58
PHILADELPHIA, PA 19106-2515

BRAD J SADEK, Representing debtor
SADEK AND COOPER
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107-4707

DELPHIMA WILLIAMS
1911 MONUMENT ST
PHILADELPHIA PA  19121-2223

Email us at: mortserv@santander.us

At least once every 12 months, Santander Bank, N.A. reviews the amount of Real Estate Taxes, and Insurance paid from your escrow account. This review, called an Aggregate Escrow Analysis, determines if any of these items have increased or decreased from the previous year. If there was an increase or decrease, your payment will be adjusted.

## Mortgage Payment

New Payment Amount: $915.58

New Payment Effective: September 1, 2017

| BREAKDOWN | PRIOR ANALYSIS | NEW ANALYSIS |
|---|---|---|
| Principal/Interest | 296.68 | 296.68 |
| Escrow Payment | 328.93 | 328.93 |
| Shortage Payment | 275.26 | 289.97 |
| TOTAL PAYMENT | 900.87 | 915.58 |

### SHORTAGE PAYMENT OPTIONS

1. Do not pay the escrow shortage in full, instead spread the shortage over 12 payments, and your new payment would be:  $915.5
2. Pay the escrow shortage of $3,479.74 in full, using the below Escrow Shortage Coupon at least 30 days prior to the effective date and your new payment would be:  $625.6

\* If you choose to pay the escrow shortage in full you will automatically receive a new billing statement.

If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the Coming Year

### ANTICIPATED ESCROW DISBURSEMENT

| | |
|---|---|
| HOMEOWNERS INS | 1,556.40 |
| CITY TAX | 2,390.83 |
| TOTAL DISBURSEMENTS | 3,947.23 |
| | |
| ESCROW PAYMENT | 328.93 |
| (TOTAL DISBURSEMENTS DIVIDED BY 12 PAYMENTS) | |

See reverse side for History Information.

### PROJECTIONS FOR THE COMING YEAR

| Date | Payments | Disbursements | Description | Balance | Required |
|---|---|---|---|---|---|
| | | | STARTING ESCROW BALANCE | -848.23 | 2,631.51 |
| SEP 17 | 328.93 | 0.00 | | -519.30 | 2,960.44 |
| OCT 17 | 328.93 | 0.00 | | -190.37 | 3,289.37 |
| NOV 17 | 328.93 | 0.00 | | 138.56 | 3,618.30 |
| DEC 17 | 328.93 | 0.00 | | 467.49 | 3,947.23 |
| JAN 18 | 328.93 | 0.00 | | 796.42 | 4,276.16 |
| FEB 18 | 328.93 | -1,556.40 | HOMEOWNERS INS | -431.05 | 3,048.69 |
| FEB 18 | 0.00 | -2,390.83 | CITY TAX | -2,821.88 ALP | 657.86 RLP |
| MAR 18 | 328.93 | 0.00 | | -2,492.95 | 986.79 |
| APR 18 | 328.93 | 0.00 | | -2,164.02 | 1,315.72 |
| MAY 18 | 328.93 | 0.00 | | -1,835.09 | 1,644.65 |
| JUN 18 | 328.93 | 0.00 | | -1,506.16 | 1,973.58 |
| JUL 18 | 328.93 | 0.00 | | -1,177.23 | 2,302.51 |
| AUG 18 | 328.93 | 0.00 | | -848.30 | 2,631.44 |

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Santander Bank, N.A. retains rights under its security instrument, including the right to foreclose its lien.

### Determining Your Escrow Shortage/Surplus

| | |
|---|---|
| Anticipated Low Point (ALP) | -2,821.88 |
| Required Low Point (RLP) | 657.86 |
| ESCROW SHORTAGE | -3,479.74 |

- Your escrow balance may contain a cushion (RLP). A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur.
- RESPA/Federal law, authorizes a maximum escrow cushion not to exceed 1/6th of the total annual anticipated escrow disbursements made during the above cycle. Private Mortgage Insurance (PMI), if any is not included in the cushion.
- If the anticipated low point calculation (ALP) is less than the required low point (RLP), you have a shortage.
- If the anticipated low point calculation (ALP) is more than the required low point (RLP), you have a surplus.
- The shortage divided by 12 payments = 289.97 *

### OPTIONAL ESCROW SHORTAGE COUPON

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 TO 10 DAYS FOR POSTAL DELIVERY.

Name:
DELPHIMA WILLIAMS

Account #

AMOUNT ENCLOSED $  3 4 7 9 7 4

Shortage Amount
$3,479.74

SANTANDER BANK, N.A.
PO BOX 12649

- See shortage payment options above.

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER:     

DATE: JULY 20, 2017

This is a statement of your actual escrow account transactions beginning August, 2017 and ending July, 2018. Next to the Actual Activity is the Anticipated Activity. Anticipated Activity represents the transactions we had projected as occurring during this cycle. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. We are providing it to you for information purposes. It does not require any action on your part.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

PAYMENT(S)
- Payment(s) received were less than OR greater than expected
- Payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous deficiency/shortage not paid entirely

TAXES
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

INSURANCE
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

1-800-232-5200                    Email us at: mortserv@santander.us

| MONTH | PAYMENTS TO ESCROW | | | PAYMENTS FROM ESCROW | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
|   | ANTICIPATED | ACTUAL | ANTICIPATED | DESCRIPTION | ACTUAL | ANTICIPATED | ACTUAL |
| STARTING BALANCE | | | | | | 2,302.58 | -1,914.96 |
| AUG | 328.93 | 0.00 E | 0.00 | | 0.00 | 2,631.51 | -1,914.96 ALP |
| SEP | 328.93 | 0.00 E | 0.00 | | 0.00 | 2,960.44 | -1,914.96 |
| OCT | 328.93 | 0.00 E | 0.00 | | 0.00 | 3,289.37 | -1,914.96 |
| NOV | 328.93 | 0.00 E | 0.00 | | 0.00 | 3,618.30 | -1,914.96 |
| DEC | 328.93 | 0.00 E | 0.00 | | 0.00 | 3,947.23 | -1,914.96 |
| JAN | 328.93 | 0.00 E | 0.00 | | 0.00 | 4,276.16 | -1,914.96 |
| FEB | 328.93 | 0.00 E | 1,556.40 | HOMEOWNERS INS | 0.00 | 3,048.69 | -1,914.96 |
| FEB | 0.00 | 0.00 E | 2,390.83 | CITY TAX | 0.00 | 657.86 TLP | -1,914.96 |
| MAR | 328.93 | 0.00 E | 0.00 | | 0.00 | 986.79 | -1,914.96 |
| APR | 328.93 | 0.00 E | 0.00 | | 0.00 | 1,315.72 | -1,914.96 |
| MAY | 328.93 | 0.00 E | 0.00 | | 0.00 | 1,644.65 | -1,914.96 |
| JUN | 328.93 | 0.00 E | 0.00 | | 0.00 | 1,973.58 | -1,914.96 |
| JUL | 328.93 | 0.00 E | 0.00 | | 0.00 | 2,302.51 | -1,914.96 |
| TOTAL | 3,947.16 | 0.00 | 3,947.23 | | 0.00 | | |

Under federal law, when your actual escrow balance reaches its lowest point, that balance is targeted not to exceed 1/6th of the annual anticipated disbursements or $657.87. Your loan documents or state law may specify a lower amount.

Under your mortgage contract or state or federal law, your targeted low point escrow balance (TLP) was $657.86. Your actual low point escrow balance (ALP) was -$1,914.96.

An asterisk (*) indicates a difference in either the amount or date. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

2-135 Escrow Analysis - Shortage Coupon Rev. 03/13/17