United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-10316-elf
Delphima L Williams                                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Antoinett              Page 1 of 2              Date Rcvd: Dec 13, 2017
                                  Form ID: pdf900              Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db             +Delphima L Williams,    1911 Monument,    Philadelphia, PA 19121-2223
cr             +SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK,    601 Penn St.,    MC: 10-6438-FB7,
                 Reading, PA 19601,    UNITED STATES 19601-3544
13661876       +Apex Asset,   2501 Oregon Pike,    Suite 120,   Lancaster, PA 17601-4890
13661877       +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13730453       +Apex Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
13661878       +Cape Emergency,   2 Stone Harbor Blvd.,    Cape May Court House, NJ 08210-2138
13661879       +Central Financial Control,    P.O. Box 66044,   Anaheim, CA 92816-6044
13661880       +Credit Acceptance,    P.O. Box 513,   Southfield, MI 48037-0513
13663319       +Credit Acceptance,    25505 West Twelve Mile Rd,   Suite 3000,    Southfield MI 48034-8331
13661881       +Global Credit Network,    Po Box 3097,   Gaithersburg, MD 20885-3097
13661882       +Linebarger Goggan Blair & Sampson LLC,    1600 John F Kennedy Blvd.,    #910,
                 Philadelphia, PA 19103-2818
13736571       +Porania LLC,   c/o Biltmore Asset Management,    24500 Center Ridge Road,    Suite 472,
                 Westlake, OH 44145-5605
13661884       +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
13661885       +Santander Bank NA,    1130 Berkshire Blvd,   Wyomissing, PA 19610-1242
13661886       +Vacation Charters Ltd,    P.O. Box 647,   Lake Harmony, PA 18624-0647
13661887       +Verizon,   500 Technology Dr,    Ste 30,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 01:38:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2017 01:38:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:40      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13689342        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2017 01:39:46
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13755796       +E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:40
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13661883       +E-mail/Text: helen.ledford@nrsagency.com Dec 14 2017 01:39:01      Nationwide Recovery Sv,
                 Po Box 8005,   Cleveland, TN 37320-8005
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13676541        U.S. Bank Cust for Pro Cap II, LLC
cr*            +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,   Suite 3000,
                 Southfield, MI 48034-8331
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Dec 13, 2017
                               Form ID: pdf900              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

```
              BRAD J. SADEK    on behalf of Debtor Delphima L Williams brad@sadeklaw.com,    bradsadek@gmail.com
              LINDA S. FOSSI    on behalf of Creditor    U.S. Bank Cust for Pro Cap II, LLC
               lfossi@zeitzlawfirm.com,    rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HABITAT FOR HUMANITY bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    HABITAT FOR HUMANITY bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    HABITAT FOR HUMANITY tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELPHIMA L WILLIAMS                             Chapter 13

             Debtor                     Bankruptcy No. 16-10316-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 13, 2017**
_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DELPHIMA L WILLIAMS

1911 MONUMENT

PHILADELPHIA, PA 19121-