United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10316-elf
Delphima L Williams                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jan 31, 2018
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db          +Delphima L Williams,    1911 Monument,   Philadelphia, PA 19121-2223
cr          +SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK,   601 Penn St.,   MC: 10-6438-FB7,
              Reading, PA  19601,   UNITED STATES 19601-3544
13661876    +Apex Asset,   2501 Oregon Pike,   Suite 120,   Lancaster, PA 17601-4890
13661877    +Apex Asset Management,    1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
13730453    +Apex Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
13661878    +Cape Emergency,   2 Stone Harbor Blvd.,   Cape May Court House, NJ 08210-2138
13661879    +Central Financial Control,    P.O. Box 66044,   Anaheim, CA 92816-6044
13663319    +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13661880    +Credit Acceptance,    P.O. Box 513,   Southfield, MI 48037-0513
13661881    +Global Credit Network,    Po Box 3097,   Gaithersburg, MD 20885-3097
13661882    +Linebarger Goggan Blair & Sampson LLC,    1600 John F Kennedy Blvd.,   #910,
              Philadelphia, PA 19103-2818
13736571    +Porania LLC,   c/o Biltmore Asset Management,    24500 Center Ridge Road,   Suite 472,
              Westlake, OH 44145-5605
13661884    +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
13661885    +Santander Bank NA,    1130 Berkshire Blvd,   Wyomissing, PA 19610-1242
13661886    +Vacation Charters Ltd,    P.O. Box 647,   Lake Harmony, PA 18624-0647
13661887    +Verizon,   500 Technology Dr,   Ste 30,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 02:17:24
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2018 02:17:48     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13689342     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2018 02:19:40
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13755796    +E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:54
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13661883    +E-mail/Text: helen.ledford@nrsagency.com Feb 01 2018 02:18:26     Nationwide Recovery Sv,
              Po Box 8005,   Cleveland, TN 37320-8005
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13676541      U.S. Bank Cust for Pro Cap II, LLC
cr*         +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,   Suite 3000,
              Southfield, MI 48034-8331
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Jan 31, 2018
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:

        BRAD J. SADEK    on behalf of Debtor Delphima L Williams brad@sadeklaw.com,    bradsadek@gmail.com
        LINDA S. FOSSI    on behalf of Creditor    U.S. Bank Cust for Pro Cap II, LLC
         lfossi@zeitzlawfirm.com,    rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    HABITAT FOR HUMANITY bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    HABITAT FOR HUMANITY bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    HABITAT FOR HUMANITY tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
         ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DELPHIMA L WILLIAMS | : | |
| Debtor | : | Bky. No.  16-10316 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 13, 2017 (Doc. # 70)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: January 31, 2018**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**