# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 16-10316-ELF

      DELPHIMA L WILLIAMS

      1911 MONUMENT

      PHILADELPHIA, PA 19121-

           Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      DELPHIMA L WILLIAMS

      1911 MONUMENT

      PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

      BRAD J. SADEK ESQ
      SADEK LAW OFFICE
      1315 WALNUT STREET #502
      PHILADELPHIA, PA 19107-

                         /S/ William C. Miller

Date: 5/11/2018               _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee